| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hartz, Harris L. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>5/21/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>201 Third St. NW, #1870<br>Albuquerque, NM 87102 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. Member, Board of Directors | Searle Civil Justice Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | New Mexico Judicial Pension | $44,458.70 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | 3/4-5 | Washington, D.C. | Advisers meeting | transportation, lodging, food |
| 2. | University of Alabama School of Law | 3/22-24 | Tuscaloosa, AL | Moot Court | transportation, lodging, food |
| 3. | University of California, Irvine, School of Law | 3/29-31 | Irvine, CA | Moot Court | transportation, lodging, food |
| 4. | Civil Justice Reform Group | 6/1-3 | New York, NY | Panel on Judicial Education | Transportation, lodging, food |
| 5. | George Mason School of Law | 10/26-27 | Washington, DC | Searle Center board meeting | Transportation, lodging, food |
| 6. | George Mason School of Law | 11/1 | Arlington, VA | Dinner Lecture | lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

7. American Law Institute 12/7-9 Washington, DC Advisers meeting transportation, lodging, food

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust 1 | A | Dividend | O | T | | | | | |
| 2. --BRKA | | | | | | | | | |
| 3. --BRKB | | | | | | | | | |
| 4. --OIB | | | | | | | | | |
| 5. --NUV | | | | | | | | | |
| 6. --PNW | | | | | | | | | |
| 7. --SO | | | | | | | | | |
| 8. --COP | | | | | | | | | |
| 9. --TWCUX | | | | | | | | | |
| 10. --LCEIX | | | | | | | | | |
| 11. --JANDX | | | | | | | | | |
| 12. --NGUAX | | | | | | | | | |
| 13. --NPRTX | | | | | | | | | |
| 14. --AMOAX | | | | | | | | | |
| 15. --AWSAX * | | | | | | | | | |
| 16. --TGRAX | | | | | | | | | |
| 17. --USGBX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DINAX | | | | | | | | | |
| 19. --Morgan Stanley Bank Acc't | | | | | | | | | |
| 20. --San Juan County, NM, real estate | | | | | | | | | |
| 21. Parcel 1 Unimproved real estate in San Juan County, NM # | B | Rent | M | W | | | | | |
| 22. EUGBX | A | Dividend | J | T | | | | | |
| 23. AWSAX * | B | Dividend | J | T | | | | | |
| 24. UTLQX | A | Dividend | J | T | | | | | |
| 25. BRKB | | None | N | T | | | | | |
| 26. OIA | A | Dividend | J | T | | | | | |
| 27. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 28. State of Israel Bonds | A | Interest | J | T | | | | | |
| 29. US Savings Bonds | B | Interest | L | T | | | | | |
| 30. Tennis Club of Albuquerque debenture | A | Interest | J | T | | | | | |
| 31. 403B account | A | Dividend | J | T | | | | | |
| 32. --PGRWX | | | | | | | | | |
| 33. Individual Retirement Annuity | A | Dividend | N | T | | | | | |
| 34. --ING Fixed Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --ING Balanced VP | | | | | | | | | |
| 36. IRA Account | A | Dividend | M | T | | | | | |
| 37. --Gov't Nat'l Mtge Ass'n Pool | | | | | | | | | |
| 38. --US Treasury Bond | | | | | | | | | |
| 39. --AMODX | | | | | Sold (part) | 07/15/11 | J | A | |
| 40. | | | | | Buy (add'l) | 07/22/11 | J | | |
| 41. --AWSAX * | | | | | | | | | |
| 42. --MSACX | | | | | Buy (add'l) | 07/22/11 | J | | |
| 43. --MSSGX | | | | | Buy (add'l) | 07/22/11 | J | | |
| 44. --MPEGX | | | | | Sold (part) | 01/21/11 | J | A | |
| 45. -- " | | | | | Sold (part) | 04/15/11 | J | A | |
| 46. -- " | | | | | Buy (add'l) | 07/22/11 | J | | |
| 47. --USMIX ** | | | | | Buy (add'l) | 07/22/11 | J | | |
| 48. --MSAIX *** | | | | | Buy (add'l) | 07/22/11 | J | | |
| 49. --MS Spectrum Select | | | | | | | | | |
| 50. --MS Spectrum Tech | | | | | | | | | |
| 51. --MS Spectrum Currency | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Morgan Stanley Bank Acc't | | | | | | | | | |
| 53. --Morgan Stanley CPI/Commodity note | | | | | Redeemed | 07/06/11 | K | D | |
| 54. --ACSDX | | | | | Buy (add'l) | 07/22/11 | J | | |
| 55. Annuity | A | Interest | K | T | | | | | |
| 56. --ING VP Inter Bond Portfolio | | | | | | | | | |
| 57. Allstate Life Ins. Co. annuity | B | Interest | K | T | | | | | |
| 58. CM Life Ins. Policy | B | Interest | L | T | | | | | |
| 59. MONY Life Ins. Policy | A | Dividend | K | T | | | | | |
| 60. TETSX | | None | M | T | | | | | |
| 61. EVGFX | | None | J | T | | | | | |
| 62. OPPAX | B | Dividend | L | T | | | | | |
| 63. SCINX | A | Dividend | K | T | | | | | |
| 64. AMOAX | | None | J | T | | | | | |
| 65. LCEAX **** | A | Dividend | J | T | | | | | |
| 66. Morgan Stanley Bank Acc't | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\*    Lines 15, 23, & 41: GLBAX was converted to AWSAX on 5/24

\*\*   Line 47: MPSCX was converted to USMIX on 5/24

\*\*\*Line 48: MDFDX was converted to MSAIX on 5/24

\*\*\*\*Line 65: DIVBX was converted to LCEAX on 7/19

\#    Line 21: The rent is paid for permission to erect signs on the property; rent is paid by ConocoPhillips Co., El Paso Natural Gas Co., and Enterprise Prod. OELC.

     Line 33 on 2010 Report: My retirement account vested and payment began in Februrary 2011. See Part III-A.

| Name of Person Reporting | Date of Report |
|---|---|
| Hartz, Harris L. | 5/21/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Harris L. Hartz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544